UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE ROBINSON,<br><br>                     Petitioner,<br><br>        v.<br><br>RONALD DAVIS,<br><br>                     Respondent. | No.  2:16-cv-1455 TLN CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

   Petitioner, a California prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.  Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief.  The court has conducted that review.

   Petitioner's claims concern Solano County convictions entered in 1984.  As a result of those convictions, petitioner was ordered to serve six years imprisonment.  Petitioner is currently serving a term of 118 years-to-life imprisonment imposed in 1999 also for a Solano County conviction.  ECF No. 1 at 36.

   The court can "entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of [federal law]."  28 U.S.C. § 2254.  Petitioner fails to allege the 1984 convictions at

1

1 issue, or sentence entered thereon, resulted in petitioner's present incarceration or contributed in
2 any way to the length of his current sentence.  Therefore, the court cannot "entertain" petitioner's
3 § 2254 petition.
4   Accordingly, IT IS HEREBY RECOMMENDED that:
5   1.  Petitioner's petition for writ of habeas corpus be summarily dismissed; and
6   2.  This case be closed.
7   These findings and recommendations are submitted to the United States District Judge
8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
9 after being served with these findings and recommendations, petitioner may file written
10 objections with the court.  Such a document should be captioned "Objections to Magistrate
11 Judge's Findings and Recommendations."  In his objections petitioner may address whether a
12 certificate of appealability should issue in the event he files an appeal of the judgment in this
13 case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or
14 deny a certificate of appealability when it enters a final order adverse to the applicant).  Petitioner
15 is advised that failure to file objections within the specified time may waive the right to appeal the
16 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17 Dated: July 15, 2016

           _/s/ Carolyn K. Delaney_____
           CAROLYN K. DELANEY
           UNITED STATES MAGISTRATE JUDGE

1
robi1455.dis