UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE ROBINSON, | No. 2:16-cv-1455 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| RONALD DAVIS, | |
| Respondent. | |

On July 15, 2016, the court recommended that petitioner's petition for a writ of habeas corpus be summarily dismissed because petitioner fails to allege "the 1984 convictions at issue, or sentence entered thereon, resulted in petitioner's present incarceration or contributed in any way to the length of his current sentence." In response to the court's findings and recommendations, petitioner seeks leave to file an amended petition.

Petitioner claims he is entitled to amend his petition as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). However, the current version of that rule provides for amendment as a matter of course only within 21 days of service of the original petition or within 21 days of service of an answer or motion to dismiss. Petitioner's motion to amend was filed more than a month after he served his original petition on the court and since the court has recommended summary dismissal of the original petition, no respondent has appeared in this action.

In any case, petitioner fails to indicate how he would cure the deficiencies in his current petition if the court were to grant him leave to amend. As indicated above and in the court's July 15, 2016 findings and recommendations, petitioner cannot directly challenge his 1984 convictions in this action and it appears petitioner has already challenged his current convictions and sentences in this court in 2:03-cv-0856 LKK JFM, an action which was dismissed as time-barred. This being the case, petitioner would be barred from filing any successive petition with respect to his current convictions and sentences until obtaining permission to do so from the Ninth Circuit. See 28 U.S.C. § 2244(b)(3)(A); McNabb v. Yates, 576 F.3d 1028, 1030 (dismissal of habeas petition as time-barred renders subsequent petitions challenging the same conviction and sentence as successive for purposes of 28 U.S.C. § 2244(b)).

For all the foregoing reasons, IT IS HEREBY ORDERED that petitioner's request for leave to file an amended petition for writ of habeas corpus (ECF No. 9) is denied.

Dated: August 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
robi1455.mta