UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE ROBINSON, | No. 2:16-cv-1455 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| RONALD DAVIS, | |
| Respondent. | |

Petitioner has filed a document asking that the court dismiss this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Since no respondent has appeared in this action, petitioner does not need permission to voluntarily dismiss pursuant to Rule 41(a). Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 15, 2016 findings and recommendations are vacated; and

2. This action is deemed voluntarily dismissed by petitioner.

Dated: October 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robi1455.dis